# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                                      dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                                       ltrust@osbornlawpc.com

January 25, 2023

MEMORANDUM ENDORSED

**VIA ECF**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
49 Foley Square
New York, NY 10007

        Re:    *Mendez v. Commissioner of Social Security,*
                 Civil Action 1:22-cv-05992-GWG

Dear Judge Gorenstein,

    We write on behalf of plaintiff, Yanira Mendez, and with the consent of the defendant, to request a 7-day extension of time to file plaintiff's motion for judgment on the pleadings which is currently due on January 30, 2023, per the December 29, 2022 Amended Scheduling Order. This is plaintiff's second request for an extension of time.

    Counsel submits that additional time is necessary to review the extensive record and prepare the brief in this case.

    Subject to the approval of the Court, the parties propose the following revised briefing schedule:

    a. Plaintiff to file her motion for judgment on the pleadings on or before **February 6, 2023**;

    b. Defendant to file its response to plaintiff's motion/cross motion on or before **April 7,**

Honorable Gabriel W. Gorenstein
January 25, 2023
Page 2

      **2023**; and

    c.  Plaintiff to file her reply, if any, on or before **April 28, 2023**.

Thank you for your consideration of this request.

                                    Respectfully submitted,

                                    s/Daniel A. Osborn
                                  Daniel A. Osborn
                                  OSBORN LAW, P.C.
                                  43 West 43rd Street, Suite 131
                                  New York, New York 10036
                                  Telephone:   212-725-9800
                                  Facsimile:    212-500-5115
                                  dosborn@osbornlawpc.com

cc: Padma Ghatage, Esq. (by ECF)

                                  The proposed schedule is approved.

                                  So Ordered.

                                  _____
                                  GABRIEL W. GORENSTEIN
                                  United States Magistrate Judge
                                      January 25, 2023