**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

YANIRA MENDEZ,

                      Plaintiff,                      22 CIVIL 5992 (GWG)

             -v-                                    **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 7, 2023, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The parties agree that on remand, the Commissioner will take further action to complete the administrative record, offer the claimant a new hearing, and issue a new decision.

**Dated:**  New York, New York
          April 10, 2023

                                                               **RUBY J. KRAJICK**

                                                                _____
                                                                 **Clerk of Court**

                                          **BY:**    *K. Mango*

                                                                  _____
                                                                 **Deputy Clerk**